UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-14073-ROSENBERG/MAYNARD

DAVID POSCHMANN,

       Plaintiff,

v.

BEACH PARADISE HOLDINGS, LLC,
HOMERO MERUELO and
BELINDA MERUELO

       Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    The parties hereto, through counsel, inform the Court that this matter has been resolved.

    Dated: April 22, 2020.

| | |
|---|---|
| s/Drew M. Levitt | s/Jose M. Chanfrau, IV |
| Drew M. Levitt | Jose M. Chanfrau, IV |
| Florida Bar No. 782246 | Florida Bar No. 642088 |
| drewmlevitt@gmail.com | JOSE M. CHANFRAU, IV, P.A. |
| Lee D. Sarkin | jchanfrau@josechanfraupa.com |
| Florida Bar No. 962848 | savvy.attorney@gmail.com |
| lsarkin@aol.com | 5101 Collins Avenue |
| 4700 N.W. Boca Raton Boulevard | Suite 12A |
| Suite 302 | Miami Beach, Florida 33140 |
| Boca Raton, Florida 33431 | Telephone (786) 456-4868 |
| Telephone (561) 994-6922 | Attorneys for Defendant |
| Attorneys for Plaintiff | |